UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TAMMIE D. SOUCY, Individually and as Personal Representative of the Estate of BRYAN SOUCY, deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIGGS & STRATTON CORP., et al.<br><br>　　　　　Defendants. | Civil Action No. 1:13-cv-00068-JCN |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST TEXTRON INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendant Textron Inc. ("Textron") in the above-captioned action, including all cross claims and third-party claims as they relate to Textron, are dismissed with prejudice and without costs.

Dated at Portland, Maine this 20th day of November, 2014.

/s/ Brett D. Baber
Brett D. Baber (Me. Bar No. 3143)
LANHAM BLACKWELL, P.A.
133 Broadway
Bangor, ME 04401
(207) 942-2898
bbaber@lanhamblackwell.com

/s/ Brett R. Leland
Brett R. Leland (Me. Bar No. 9828)
VERRILL DANA LLP
One Portland Square
Portland, Maine 04112-4726
(207) 774-4000
bleland@verrilldana.com

5672842

| | |
|---|---|
| /s/ Myles L. Epperson (pro hac vice)<br>SIMMONS, BROWDER, GIANARIS<br>ANGELIDES & BARNERD, LLC<br>One Court Street<br>Alton, IL 62002<br>(618) 259-2222<br>mepperson@simmonsfirm.com | /s/ Brian W. Bell (pro hac vice)<br>/s/ Timothy S. McGovern (pro hac vice)<br>/s/ Stephanie Rifkind (pro hac vice)<br>SWANSON, MARTIN & BELL LLP<br>330 North Wabash – Suite 3300<br>Chicago, IL 60611<br>(312) 321-9000<br>bbell@smbtrials.com<br>tmcgovern@smbtrials.com<br>srifkind@smbtrials.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Textron Inc.* |
| /s/ Elizabeth G. Stouder<br>Elizabeth G. Stouder<br>RICHARDSON, WHITMAN, LARGE &<br>BADGER<br>465 Congress Street<br>P.O. Box 9545<br>(207) 774-7474 | /s/ Steven F. Wright<br>Steven F. Wright<br>WRIGHT & ASSOCIATES, P.A.<br>615 Congress Street<br>Portland, ME 04101<br>(207) 775-7722 |
| *Attorney for Briggs & Stratton Corp.* | *Attorney for Harley Davidson, Inc. and Tecumseh Products Co.* |

/s/ Charles K. Mone
PIERCE, DAVIS & PERRITANO, LLP
90 Canal Street
Boston, MA 02114
(617) 350-0950

*Attorney for Kohler Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties.

/s/ Brett D. Baber, Esq.